**LIPSCHITZ, Respondent, v. BERKOWITZ, Appellant.** (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Samuel Lipschitz against Herman Berkowitz. D. Steckler, of New York City, for appellant. A. Thain, of New York City, for respondent. No opinion. Order reversed, and judgment modified, by allowing interest on the balance from November 17, 1911, instead of

from the commencement of the action, with $10 costs and disbursements to the appellant. Settle order on notice. See, also, 149 App. Div. 949, 134 N. Y. Supp. 1137, 143 N. Y. Supp. 1128.